ALYSSON SNOW (Bar No. 225185)
JOE VILLASENOR (Bar No. 265703)
**LEGAL AID SOCIETY OF SAN DIEGO, INC.**
110 South Euclid Avenue
San Diego, California 92114
Tel.:  619-471-2655
Fax:  619-263-5697
alyssons@lassd.org
joev@lassd.org

*Attorneys for Plaintiff*
Urban Miyares

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN MIYARES,<br><br>Plaintiff,<br><br>vs.<br><br>CASHCALL, INC., a California corporation; DELBERT SERVICES, INC, a Nevada corporation; DOES 1 THROUGH 10.<br><br>Defendant(s). | Civil Case No. 3:14-cv-01088-W-BLM<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>Judge: Hon. Thomas J. Whelan<br><br>Judge: Magistrate Barbara Lynn Major<br><br>Complaint Filed: April 30, 2014 |

-1-

1  The parties, Plaintiff Urban Miyares, Defendant CashCall, Inc., and Defendant Delbert Services Corporation, jointly move the court for an order dismissing the above-entitled action with prejudice as against all Defendants.

Dated: February 20, 2015

By,

/s/ Alysson Snow

Alysson Snow (SBN 225185)
alyssons@lassd.org
Joe Villaseñor (SBN 265703)
joev@lassd.org
**Attorneys for Plaintiff**
**Urban Miyares**

By,

/s/ Jared Toffer

Jared Toffer (SBN 223139)
jtoffer@ftrlfirm.com
**Attorney for Defendants**
**CashCall, Inc and Delbert Services, Inc.**