UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN MIYARES,<br><br>                       Plaintiff,<br>  v.<br><br>CASHCALL, INC., et al.<br><br>                     Defendants. | Case No: 14-CV-1088 W (BLM)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE<br>[DOC. 11] |

Pending before the Court is a joint motion to dismiss this case in its entirety with prejudice. (Doc. 11.) Having reviewed the papers, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this case **WITH PREJUDICE**. The clerk of the court is directed to close this case.

**IT IS SO ORDERED.**

DATED: February 23, 2015

_____
Hon. Thomas J. Whelan
United States District Judge